FILED
CLERK, U.S. DISTRICT COURT
MAR 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYEON T. MYRICKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　　Respondent. | Case No. CV 07-7676-PA (JTL)<br><br>**J U D G M E N T** |

　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 27, 2008

　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE